## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 6:23-cv-0402 |
| ) | |
| ADT INC. ) | Judge Fred Biery |
| ) | |
| Defendant. ) | |
| ) | |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Defendant ADT INC. ("ADT") moves for a 30-day extension to answer or otherwise respond to Plaintiff Symbology Innovations, LLC's ("Symbology") Complaint for Patent Infringement filed on May 24, 2023.  ADT's deadline to answer or otherwise respond to the complaint is currently due on June 15, 2023, and, with a 30-day extension, ADT's answer or other response would be due July 15, 2023.  This motion is not being brought for the purpose of delay.

Counsel for ADT has conferred with counsel for Symbology, and the motion is unopposed.  Accordingly, ADT requests the Court to grant the motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: June 5, 2023 | **Pillsbury Winthrop Shaw Pittman LLP** |
| | */s/ Audrey Lo* |
| | _____ |
| | Steven Tepera (TX Bar No. 24053510) |
| | steven.tepera@pillsburylaw.com |
| | 401 Congress Avenue, Suite 1700 |
| | Austin, TX 78701-3797 |
| | Phone: 512.580.9600 |
| | Fax: 512.580.9601 |
| | |
| | Audrey Lo (CA Bar No. 253738) |
| | Audrey.Lo@pillsburylaw.com |
| | 2550 Hanover Street |
| | Palo Alto, CA 94304 |
| | Phone: 650.233.4097 |
| | Fax: 650.233.4085 |
| | |
| | ***Counsel for Defendant*, ADT INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 5, 2023.

*/s/ Audrey Lo*

Audrey Lo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 6:23-cv-0402 |
| ) | |
| ADT INC. ) | Judge Fred Biery |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Before the Court is Defendant ADT Inc.'s ("ADT") unopposed motion for an extension until July 15, 2023, to answer or otherwise respond to Plaintiff Symbology Innovations, LLC's ("Symbology") Complaint for Patent Infringement. The Court having reviewed the Motion, finds it should be GRANTED and therefore orders as follows:

IT IS ORDERED the deadline for ADT to answer or otherwise respond is extended until July 15, 2023.

Dated: _____

FRED BIERY
UNITED STATES DISTRICT JUDGE

4