# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ADT INC.,**<br><br>Defendant. | Case No. 6:23-cv-00402<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Symbology Innovations, LLC ("Plaintiff") and Defendant ADT Inc. ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated: September 27, 2023

| | |
|---|---|
| GARTEISER HONEA, PLLC | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| /s/ *René A. Vazquez*<br>René A. Vazquez<br>  Virginia Bar No. 41988<br>  rvazquez@ghiplaw.com<br>Randall Garteiser | /s/ *Michael E. Zeliger*<br>Steven Tepera (TX Bar No. 24053510)<br>steven.tepera@pillsburylaw.com<br>401 Congress Avenue, Suite 1700 |

<div style="display: flex;">

<div>

Texas Bar No. 24038912
rgarteiser@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff*

</div>

<div>

Austin, TX 78701-3797
Phone: 512.580.9600
Fax: 512.580.9601

Michael E. Zeliger (CA Bar No. 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street Palo Alto, CA 94304
Phone: 650.233.4097
Fax: 650.233.4069

Audrey Lo (CA Bar No. 253738)
audrey.lo@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Phone: 650.233.4097
Fax: 650.233.4085

*Attorneys for Defendant*

</div>

</div>